UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CHAD HARRAL, | )<br>) |
| Defendant. | ) |

FILED
OCT 1 2 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

4:16-CR-00451 JAR/JMB

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 16, 2016, in the City of Saint Louis, within the Eastern District of Missouri,

**CHAD HARRAL,**

the Defendant herein, having been convicted previously of one or more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri and of the United States of America, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS # 48028MO
Assistant United States Attorney